UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-78-BO(2)-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUSTICE DEVON PRICE | ) | |

This matter having come before the Court on the United States' motion to allow agents of the Federal Bureau of Investigation (FBI) and/or New Hanover County Sheriff's Office (NHCSO) to take a saliva sample containing buccal cells (cheek epithelial cells) from the above-named Defendant, and for good cause shown, the motion is hereby GRANTED. Agents of the FBI and/or NHCSO may secure a sample of the Defendant's saliva containing buccal cells (cheek epithelial cells) by swabbing the inside of the Defendant's mouth with a cotton swab, and comparing the same to any DNA recovered from relevant evidence.

IT IS SO ORDERED, this 5 of August, 2015.

Terrence W. Boyle
TERRENCE W. BOYLE
United States District Court Judge