IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CR-78-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| JUSTICE DEVON PRICE, a/k/a Kithe, | ) | |
| Defendant. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable James C. Dever III, Chief United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 7:14-CR-78-D-2.**

This 19th day of February, 2016.

for JULIE RICHARDS JOHNSTON, CLERK