IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-78-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUSTICE DEVON PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

On August 1, 2016, the court granted counsels' motion to withdraw [D.E. 408]. The Office of the Federal Public Defender shall promptly appoint new counsel.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This _2_ day of August 2016.

                                          JAMES C. DEVER III
                                        Chief United States District Judge