IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-78-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUSTICE DEVON PRICE, | ) | |
| Defendant. | ) | |

On February 24, 2017, Justice Devon Price ("Price"), appearing pro se, filed a motion for a copy of his case file [D.E. 446]. The court construes the letters as motions to obtain the docket and pleadings without charge. To the extent his letters could be construed as motions to obtain the documents without charge, the motions are DENIED.

Counsel represents defendant in connection with his appeal. Defendant may contact his appellate about the docket and pleadings that his former counsel received concerning his case.

SO ORDERED. This 16 day of March 2017.

JAMES C. DEVER III
Chief United States District Judge