IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-78-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUSTICE DEVON PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for compassionate release [D.E. 496] not later than September 22, 2022.

SO ORDERED. This 23 day of August, 2022.

JAMES C. DEVER III
United States District Judge