IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-78-D
No. 7:21-CV-222-D

| | | |
|---|---|---|
| JUSTICE DEVON PRICE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

On October 24, 2022, this court denied petitioner's motion for compassionate release, dismissed as untimely petitioner's Section 2255 motions, dismissed as moot petitioner's motions to appoint counsel, and denied a certificate of appealability. See [D.E. 547]. Petitioner appealed the denial of his motion for compassionate release. On May 8, 2023, the United States Court of Appeals for the Fourth Circuit affirmed. See [D.E. 566, 567].

In light of the record and governing law, the court DENIES as meritless petitioner's motions for appointment of counsel [D.E. 581, 582], DISMISSES WITHOUT PREJUDICE petitioner's request to extend time to file another motion under 28 U.S.C. § 2255 [D.E. 583] because petitioner has not received authorization from the Fourth Circuit, and DENIES as meritless petitioner's motion for tolling [D.E. 584]. The court DENIES a certificate of appealability.

SO ORDERED. This __4__ day of September, 2025.

JAMES C. DEVER III
United States District Judge