IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-78-D
No. 7:21-CV-222-D
No. 7:25-CV-1464-D

| | |
|---|---|
| JUSTICE DEVON PRICE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The court DISMISSES WITHOUT PREJUDICE petitioner's latest motions for relief under 28 U.S.C. § 2255 [D.E. 586, 587]. In light of the record and governing law, petitioner cannot pursue these motions without authorization from the United States Court of Appeals for the Fourth Circuit. Cf. [D.E. 547, 548, 566, 567, 568]. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 10 day of November, 2025.

JAMES C. DEVER III
United States District Judge