IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-78

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUSTICE DEVON PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's latest motion for compassionate release

[D.E. 592] not later than May 15, 2026. Cf. [D.E. 547, 548, 566, 567, 568].

SO ORDERED. This 30 day of March, 2026.

JAMES C. DEVER III
United States District Judge